**No. 46764.**—Petition 6199–R of M. J. Lampert.& Sons, Inc. (New York).

Opinion by OLIVER, P. J. The secretary of the petitioner corporation testified that his concern had been importing these velveteens for 50 years and that during the past 10 years entry was made at the invoice values, which were always accepted as the proper dutiable value. He further testified that his concern did not receive notice of the higher price for this merchandise until a time subsequent to the date of the entry in question. The customs examiner also testified that at the time the entry in question was made no information was before him showing a value different from the entered value, and that it was not until after appraisement that he was supplied with a price list setting forth the value which the court found to be the proper dutiable value. In accordance therewith the court was satisfied that the entry was made without any intention to defraud the revenue or deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JANUARY 5, 1942

**No. 46765.**—Protests 77120–K, etc., of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held taxable at 3 cents per pound under section 701 on the entire weight as follows: Sapamine K. W. C., $5\frac{3}{100}$; Lyofix D. E. C. (Prep. 6640 Conc. Pat.), $5\frac{5}{100}$; Albatex P. O. C., $4\frac{1}{100}$; and Sapamine solid, $7\frac{1}{100}$. Protests sustained in part.

**No. 46766.**—Protest 66584–K of L. A. Guido (New York).

Opinion by OLIVER, P. J. When the case was called for trial there was no appearance on the part of the plaintiff and the case was submitted. There being no sample or other evidence in support of the claim made, the protest was overruled.